UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | |
|---|---|
| Kendria Qualls, | C/A No. 8:04-0984-GRA-WMC |
| Plaintiff, | |
| v. | ORDER |
| Lowe's Home Centers, Inc., d/b/a Lowe's Companies, Inc, | [Written Opinion] |
| Defendant. | |

This matter is before the Court for review of the magistrate's Report and Recommendation made in accordance with 28 U.S.C. § 636(b)(1)(A) and Local Rule 73.02(B)(2)(g), D.S.C., and filed May 31, 2005. Defendant moved for summary judgment pursuant to FED. R. CIV. P. 56, and the magistrate recommended that Defendant's motion for summary judgment be granted.

The magistrate makes only a recommendation to this Court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the Court. *Matthews v. Weber*, 423 U.S. 261, 270-71 (1976). The Court is charged with making a *de novo* determination of those portions of the Report and Recommendation to which specific objection is made, and the Court may accept, reject or modify, in whole or in part, the recommendation of the magistrate, or recommit the matter to him with instructions. 28 U.S.C. §

1

636(b)(1).    In the absence of objections to the Report and Recommendation, this Court is not required to give any explanation for adopting the recommendation. *Camby v. Davis*, 718 F.2d 198 (4th. Cir. 1983).  Plaintiff has not filed objections to the Report and Recommendation.

IT IS THEREFORE ORDERED that the magistrate's Report and Recommendation is accepted and adopted as the Order of this Court.  Defendant's motion for summary judgment is GRANTED.

IT IS SO ORDERED.

_____
G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

Anderson, South Carolina

June 28, 2005.

2